## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| JESSICA CHACON, | ) | 3:06-CV-0201-ECR (RAM) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | October 6, 2006 |
| | ) | |
| MIKE JOHANNS, Secretary of Agriculture, UNITED STATES DEPARTMENT OF AGRICULTURE, KEVIN LINDBERGH, an individual, | ) ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

PRESENT:    THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:    GINA MUGNAINI            REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has filed a Motion for Enlargement of Time in Which to Serve Summons and Complaint Upon Defendant Kevin Lindbergh (Second Request) (Doc. #18).

Plaintiff's Motion for Enlargement of Time in Which to Serve Summons and Complaint Upon Defendant Kevin Lindbergh (Second Request) (Doc. #18) is **GRANTED**. Plaintiff shall have to and including **December 7, 2006**, in which to serve the Summons and Complaint upon Defendant Kevin Lindbergh. **THERE SHALL BE NO FURTHER EXTENSIONS GRANTED.**

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:            /s/
          Deputy Clerk